```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 04 B 13876
   VIRGINIA ANN MARTIN
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

       Debtor
   SSN XXX-XX-6448
```

---
## TRUSTEE'S FINAL REPORT AND ACCOUNT
---

The case was filed on 04/07/2004 and was confirmed 06/23/2004.

The plan was confirmed to pay secured creditors 100% and unsecured creditors 100.00%.

The case was dismissed after confirmation 04/30/2008.

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| ARCADIA FINANCIAL | SECURED | .00 | .00 | .00 |
| ARONSON FURNITURE | SECURED | 2875.00 | 171.65 | 2875.00 |
| ARONSON FURNITURE | UNSECURED | 234.92 | .00 | 198.64 |
| CAPITAL ONE BANK | UNSECURED | 658.56 | .00 | 556.85 |
| ROUNDUP FUNDING LLC | UNSECURED | 772.27 | .00 | 652.99 |
| PEOPLES GAS LIGHT & COKE | UNSECURED | .00 | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 425.54 | .00 | 359.81 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 1567.26 | .00 | 1325.19 |
| BP AMOCO | UNSECURED | NOT FILED | .00 | .00 |
| ARONSON FURNITURE | UNSECURED | 26.05 | .00 | 15.69 |
| ARONSON FURNITURE | SECURED NOT I | 54.00 | .00 | .00 |
| DEAN D PAOLUCCI | DEBTOR ATTY | 1,500.00 | | 1,500.00 |
| TOM VAUGHN | TRUSTEE | | | 447.29 |
| DEBTOR REFUND | REFUND | | | 6.89 |

Summary of Receipts and Disbursements:

|  | RECEIPTS | DISBURSEMENTS |
|---|---:|---:|
| TRUSTEE | 8,110.00 | |
| PRIORITY | | .00 |
| SECURED | | 2,875.00 |
| INTEREST | | 171.65 |
| UNSECURED | | 3,109.17 |
| ADMINISTRATIVE | | 1,500.00 |
| TRUSTEE COMPENSATION | | 447.29 |
| DEBTOR REFUND | | 6.89 |
| TOTALS | 8,110.00 | 8,110.00 |

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 07/24/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE